AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | |
|---|---|
| WESLYNE LEWIS FRANCOIS<br><br><br>_____<br>*Plaintiff(s)*<br><br>v.<br><br>THE CITY OF MIAMI,<br>a municipal corporation authorized to do<br>business under the laws of the State of Florida<br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No.  1:24-CV-23943

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   CITY OF MIAMI
(Mayor Francis Suarez, in his official capacity as Mayor)
c/o George Wysong, City Attorney
444 SW 2nd Avenue
Miami, FL 33130

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Michael A. Pizzi, Jr. Esq.
6625 Miami Lakes Drive, Suite 316
Miami Lakes, Florida 33014
Phone: (786) 594-3948
Email: mpizzi@pizzilaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date:   Oct 22, 2024
_____

*s/ Dimas Rodriguez*
_____
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court